```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/09/26___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDEE B., | |
| Plaintiff, | 25-CV-5442 (BCM) |
| -against- | |
| | **ORDER** |
| ROBERT F. KENNEDY, JR., *Secretary of Health & Human Services, in his official capacity*, | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff, who is proceeding pro se, has notified the Court that she is unable to electronically access certain filings on the docket. (Dkt. 34.) The Federal Rules of Civil Procedure mandate certain restrictions on electronic access to the docket in, *inter alia*, any "action for benefits under the Social Security Act." Fed. R. Civ. P. 5.2(c).[1] Nonetheless, "the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record." Fed. R. Civ. P. 5.2(c)(1). Therefore, plaintiff is entitled to have the same remote electronic access to the docket that her attorney would have if she were counseled.

The Court has recently implemented certain electronic security measures designed to protect the integrity of its electronic docket. As a result, a pro se party must take certain steps to obtain the appropriate level of access. There are two alternatives.

To retain *electronic* access to the docket, plaintiff must complete, sign, and file a Motion for Permission for Electronic Case Filing.[2] She may use either the attached form or the electronic version, which is available at:

---

[1] This action has been classified by the Clerk of Court as arising under the Health Insurance Act, which falls within the Social Security Act.

[2] If plaintiff would like to be able to file her own documents electronically, she must complete the Court's Case Management/Electronic Case Filing (CM/ECF) introduction course, and complete

https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases.

Once the motion is granted, plaintiff should call the Court's ECF Help Desk (212-805-0800) to properly configure her PACER account as a "case participant," which will give her access to the entire electronic docket of her case, including filings that are not available through PACER to the general public.

Alternatively, plaintiff may *withdraw* her existing consent to electronic service (Dkt. 3), in which case the defendant and the Court will use the United States Postal Service to send her paper copies of all filings in this matter. Opting for mail service of paper copies inevitably involves some delay. In order to withdraw her existing consent, plaintiff may simply file a letter stating that she wishes to do so.

Dated:  New York, New York
       June 9, 2026                        **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

Item 2 on the application form.  If she would like to continue filing her own documents by mail or email, she need not take the introduction course, and she may leave Item 2 blank.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Randee B.
_____

_____

Write the full name of each plaintiff or petitioner.

-against-

Robert F. Kennedy, Jr.
_____

_____

Write the full name of each defendant or respondent.

No. __25-__ CV __-05442_____

**MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _____.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☐   a computer with internet access and a word processor

   type of computer I will be using: _____

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

_____

☐ a printer or copier to create required paper copies such as chambers copies.

8.  I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9.  I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.


| | |
|---|---|
| _____ | _____ |
| Dated | Signature |

_____
Name

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Address | City | State | Zip Code |

| | |
|---|---|
| _____ | _____ |
| Telephone Number | E-mail Address |