USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/14/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDEE B.,

Plaintiff,

-against-

ROBERT F. KENNEDY, JR., *Secretary of Health & Human Services, in his official capacity*,

Defendant.

25-CV-5442 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff, who is proceeding pro se, requests by letter (Pl. Ltr.) (Dkt. 41) access to Dkt. 17, which is the unredacted, sealed version of the certified administrative record filed at Dkt. 18. The Court has reviewed Dkt. 17 and confirmed that the only difference between it and Dkt. 18 is that Dkt. 17 includes fully-visible copies of certain photographs that plaintiff submitted during the administrative proceedings. *See* Pl. Ltr.

The Court cannot do anything further to assist plaintiff in viewing Dkt. 17 via PACER. It was filed under seal in accordance with a motion filed by defendant, *see* Dkt. 16; Dkt. 22 at 1 (granting motion), and is therefore not "accessible or viewable through the ECF or PACER systems by non-court users." SDNY Sept. 24, 2025 Standing Order, available at https://perma.cc/7J2T-GY3E. If plaintiff has no other means for viewing the photographs, she may request counsel for defendant to furnish her an electronic copy via email, or request a paper copy by contacting the Clerk's office. *See id.* Moving forward, plaintiff is cautioned that she should keep her own copies of all documents submitted to defendant.

Dated: New York, New York
October 14, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**